(No. 76-CC-2606– )

LEWIS UNIVERSITY, Claimant, *v.* THE STATE OF ILLINOIS,
Respondent.

*Order filed March 16, 1981.*

DUNN, STEFANICH, MCGARRY AND KENNEDY, LTD., for
Claimant.

POCH, J.

This matter coming on to be heard upon a joint
stipulation for a portion of the complaint, which has
been agreed to by Claimant, Lewis University, by its
attorney Roman Okrei and by the Respondent by Tyrone
C. Fahner, Attorney General of the State of Illinois, and
the court being fully advised in the premises:

Finds: The stipulation pertains exclusively to the
contract period from July 1, 1973, to September 20, 1973,
and does not pertain to the contract period from October
1, 1973, to May 31, 1974, which is only a portion of the
complaint.

The audit of the program during this contract period
from July 1, 1973, to September 20, 1973, showed that
$11,029.13 of the budgeted amount had not been ex-
pended for this project and should not be reimbursed to
Claimant.

The total contract amount for this partial period was
$52,904.71 with $35,496.66 already paid leaving a dif-
ference of $17,408.05 in dispute. By reducing the
$11,029.13 of unexpended budget amounts from the
disputed amount, the actual amount expended on the
project for this partial contract period was $6,378.92.

It is hereby ordered that Claimant is granted a partial award of $6,378.92 for the contract period from July 1, 1973, through September 30, 1973, and further does not prejudice the rights of either party for the remaining portion of the contract between October 1, 1973, through May 31, 1974.